GP
F.# 2022R00909

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MARLON ORLANDO ROSALE LOPEZ,
    also known as "Marlon Romero,"

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

24-CR-46 (RER) (VMS)

      Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Gabriel Park, for an order unsealing the above-captioned matter in its entirety.

      WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:  Brooklyn, New York
        February 9, 2024

                                    *Taryn A. Merkl*
                            HONORABLE TARYN A. MERKL
                            UNITED STATES MAGISTRATE JUDGE
                            EASTERN DISTRICT OF NEW YORK